UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO.: 1:17-cv-01171-GMS |
| ) | |
| SUN EAST FEDERAL CREDIT UNION ) | |
| and TRANS UNION, LLC, a Delaware ) | |
| Limited Liability Corporation, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL of SUN EAST FEDERAL CREDIT**

<u>**UNION PURSUANT TO RULE 41(a)**</u>

It is hereby stipulated by and between the Plaintiff, Nathaniel Johnson, and Defendant, Sun East Federal Credit Union, that the above-captioned matter be dismissed as to Sun East Federal Credit Union with prejudice pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(ii). The action shall be and hereby is dismissed as to Sun East Federal Credit Union with prejudice with each party to bear its own costs and attorneys fees. A judgment of dismissal with prejudice may be entered in the case.

| | |
|---|---|
| **LAW OFFICE OF MARY HIGGINS** | **GORDON & REES SCULLY & MANSUKHANI** |
| *s/Mary Higgins* | */s/ Michael C. Heyden, Jr.* |
| Mary Higgins, Esquire (ID # 4179) | Michael C. Heyden, Jr., Esquire (ID # 5616) |
| Mary Anne McLane Detweiler, (ID #: 3415) | 1201 N. King Street |
| Commonwealth Building, Suite 201 | Wilmington, DE 19801 |
| 260 Chapman Road | Telephone: (302) 992-8954 |
| Newark, DE 19702 | mheyden@grsm.com |
| (ph) 302-894-4357 | Attorney for Defendant Sun East Federal |
| Mary.higgins@letsbelegal.com | Credit Union |
| Attorney for Plaintiff Nathaniel Johnson | |
| | |
| Dated: March 12, 2018 | Dated: March 12, 2018 |